**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 24, 2024**



Beth A. Buchanan
United States Bankruptcy Judge

Form a0ogrfnd
(Rev. 4/22)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | : | |
|     Larry Joe Bellomy | : | Case No. 19–13893 |
| | : | Chapter 13 |
|     *Debtor.* | : | Judge Beth A. Buchanan |
| | : | |
| SSN:    xxx–xx–5959 | : | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 105)**

    This matter is before the Court on the Application for Payment of Unclaimed Funds filed by Larry Joe Bellomy on March 25, 2024.   It appears to the Court that the Application is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $2,558.67 to the order of Larry Joe Bellomy at the following address:

857 Staghorn Drive
Cincinnati, OH 45245

    The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**IT IS SO ORDERED.**

Copies to: Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215

Larry Joe Bellomy
857 Staghorn Drive
Cincinnati, OH 45245